# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2012

145124

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ELLIS MILLS, III,
     Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 145124
COA: 307697
Kent CC: 08-011617-FC

On order of the Court, the application for leave to appeal the April 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2012
                              Clerk

t1015